IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GABRIEL FERNANDO NASSAR CURE and ALAN M. KOZARSKY, M.D., individually and on behalf of others similarly situated, | ) ) ) ) | |
| | ) | Civil Action No. 1:16-cv-1948-ODE |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL OPERATIONS, INC., and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY NAME CHANGE

As attorney for Plaintiffs, Gabriel Fernando Nassar Cure and Alan M. Kozarsky, M.D., individually and on behalf of others similarly situated, I hereby notify the Court and all parties affiliated with the above-referenced case, that my name has changed from Alexandria S. Cash to Alexandria E. Seay and that all records of this Honorable Court should reflect this change effective immediately.

Respectfully submitted, this 29th day of December, 2016.

*/s/ Alexandria E. Seay*
Alexandria E. Seay
Georgia Bar No. 290667

2

BIRD LAW GROUP, P.C.
2170 Defoor Hills Road
Atlanta, Georgia  30318
(404) 873-4696                                    *Attorney for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1 N.D. GA**

I certify that the foregoing **Notice of Attorney Name Change** was typed in Times New Roman, fourteen (14) point font with a top margin of 1.5 inches as approved by this Court in L.R. 5.1B.

This 29th day of December, 2016.

                                        */s/ Alexandria E. Seay*
                                        Alexandria E. Seay
                                        Georgia Bar No. 290667

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing *Notice of Attorney Name Change* with the Clerk of Court via the Court's CM/ECF electronic filing system, to be transmitted to the following counsel of record:

Z. Ileana Martinez
Leslie J. Suson
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326-4266

Jessica Davidson Miller (*pro hac*)
Nancy D. Zeronda (*pro hac*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

This 29th day of December, 2016.

                                                /s/ Alexandria E. Seay
                                                Alexandria E. Seay
                                                Georgia Bar No. 290667

BIRD LAW GROUP, P.C.
2170 Defoor Hills Road
Atlanta, Georgia  30318
(404) 873-4696                                *Attorney for Plaintiffs*